IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY COOPER**                                                                    **PLAINTIFF**

v.                              No. 3:24-cv-177-DPM

**MISSISSIPPI COUNTY, ARKANSAS**                       **DEFENDANT**

### ORDER

The Court notes the parties' joint report of discovery disputes. *First*, Cooper didn't waive his objections by responding to discovery one day late because of a counting error. This is excusable neglect. (The Court counsels each side to think twice before throwing such a hard ball.) *Second*, Mississippi County's relevance objections are overruled with a trim. How the County responds to other accommodation requests might be relevant. Three years of information about these other kinds of accommodations, though, is plenty. *Third*, Cooper's topics are stated with reasonable particularity. The County's objections on that basis are overruled. *Fourth*, the Court sees no duplication problem; Cooper is entitled to question the Rule 30(b)(6) witness or witnessed about the County's discovery responses. Keep it focused, though. *Last*, the Court doesn't see an overbreadth problem either. The same three-year limit is imposed. A reasonableness guardrail to broad phrases like "related to" is implied. Discovery disputes, *Doc. 14*, addressed.

-2-

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

22 June 2026