**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GARY COOPER** **PLAINTIFF**

**v.** **No. 3:24-cv-177-DPM**

**MISSISSIPPI COUNTY, ARKANSAS** **DEFENDANT**

# JUDGMENT

Cooper's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

24 November 2026